UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALENCIA RENA GARNER,

    Plaintiff,

v.                                              Case No: 6:17-cv-1454-Orl-18TBS

REGIONS BANK, SALOME SPOONER,
CENTRAL INTELLIGENCE AGENCY,
DOUGLAS COUNTY POLICE
DEPARTMENT 911 COMMUNICATIONS,
M. NEUMEYER, K. RIGGS and RACE
TRACE GAS STATION,

    Defendants.
_____

## ORDER

    This cause came on for consideration *sua sponte* on United States Magistrate Judge Thomas B. Smith's own initiative. On August 11, 2017, the Magistrate Judge entered a Report and Recommendation (Doc. 5) recommending transfer of this case to the United States District Court for the Northern District of Georgia, Atlanta Division. (*See id.* at 2.) No timely objections were filed to the Report and Recommendation.

    The Court, having reviewed the Report and Recommendation (Doc. 5) and other filings in this case, hereby **ORDERS** and **ADJUDGES** as follows:

    1. The Report and Recommendation (Doc. 5) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

    2. The Clerk of Court is **DIRECTED** to immediately transfer this case to the United States District Court for the Northern District of Georgia, Atlanta Division for further proceedings.

    **DONE AND ORDERED** in Orlando, Florida, this 19 day of September, 2017.

                                                           G. KENDALL SHARP
                                                           SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties